1
2
3
4
5
6
7

8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10
11
12
13
14
15
16

| TIMOTHY R. FOLTZ, | CASE NO.   C08-5285JKA |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| MICHAEL ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

17
18

Plaintiff's application to proceed *in forma pauperis* is **GRANTED**.  Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

19
20
21
22

The clerk is directed to issue summonses submitted by plaintiff to enable plaintiff to properly serve copies of the complaint on the appropriate parties.  Plaintiff shall note that it is her responsibility to properly serve copies of the complaint along with appropriate summons as required by Rule 4 of the Federal Rules of Civil Procedure.

23

DATED this 6th day of May, 2008.

24
25
26

*/s/   J. Kelley Arnold*
J. Kelley Arnold
U.S. Magistrate Judge

27
28

ORDER
Page - 1