United States Magistrate Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY R. FOLTZ, | ) |
|     Plaintiff, | ) CIVIL NO. C08-5285BHS ) |
| vs. | ) ORDER FOR EXTENSION OF ) TIME ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
|     Defendant. | ) |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Opening Brief shall be filed on or before September 12, 2008, Defendant's Answering Brief shall be filed on or before October 10, 2008, and Plaintiff's Reply Brief shall be filed on or before October 24, 2008.

DATED this 21st day of August, 2008.

                                          **/s/ J. Kelley Arnold**
                                          J. Kelley Arnold
                                          United States Magistrate Judge

Presented by:
S/EITAN KASSEL YANICH
EITAN KASSEL YANICH, WSBA #13690
Attorney for Plaintiff

ORDER FOR EXTENSION OF TIME
[C08-5285BHS]

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226