UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY R. FOLTZ, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. C08-5285BHS-JKA <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable J. Kelley Arnold, United States Magistrate Judge (Dkt. 18). The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) This matter is **REMANDED** to the administration for further proceedings and Plaintiff's request that the Court assign a new Administrative Law Judge on remand is **DENIED**. The administration retains full discretion as to the assignment of this matter.

DATED this 28th day of January, 2009.

BENJAMIN H. SETTLE
United States District Judge

ORDER