AO 450 (Rev. 5/85) Judgment in a Civil Case ⊜

# United States District Court

WESTERN DISTRICT OF WASHINGTON

TIMOTHY R. FOLTZ

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5285BHS/JKA

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This matter is **REMANDED** to the administration for further proceedings and Plaintiff's request that the Court assign a new Administrative Law Judge on remand is **DENIED**. The administration retains full discretion as to the assignment of this matter.

   January 29, 2009                                          BRUCE RIFKIN
Date                                                                       Clerk

                                                                                 *s/CM Gonzalez*
                                                                                 Deputy Clerk